## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**<br><br>v.<br><br>EDDIE WILBERT VELEZ-LOPEZ (3)<br><br>**Defendant(s)** | **CIVIL NO.** 04-308(JAG) |

**ORDER**

The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed.  Upon review of the record, the Court adopts the Report and Recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8th day of December, 2005.

<u>S/Jay A. Garcia-Gregory</u>
JAY A. GARCIA-GREGORY
United States District Judge